UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Case: 2:26-cr-20596
Assigned To : Parker, Linda V.
Referral Judge: Stafford, Elizabeth A.
Assign. Date : 9/9/2026
Description: IND USA V CHERRY (LH)

v.

Violation:
18 U.S.C. § 922(g)(1)
18 U.S.C. § 922(o)

W. WAYNE CHERRY,

Defendant.
_____________________________________/

**INDICTMENT**

The Grand Jury charges:

**COUNT ONE**
18 U.S.C. § 922(g)(1)
*Felon in Possession of a Firearm*

On or about March 9, 2026, in the Eastern District of Michigan, Southern Division, the defendant, W. WAYNE CHERRY, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in and affecting interstate commerce, a firearm, that is, one Glock 17 pistol; one PW Arms shotgun; one Remington Woodmaster, model: 742; one Ruger AR-556 rifle; one Winchester .22 caliber rifle; one Ruger Super Redhawk .44 caliber revolver; one Taurus, Rossi R17YS; one New England Firearms, Pardner shotgun; one Cooey Machine Arms Co. shotgun; one Marlin Firearms, 915YS .22 caliber rifle; one Kimber, Ultra+ II, .45 caliber pistol; one Smith and Wesson, M&P

Bodyguard 380; one Panzer, AR shotgun; and one Remington 742C rifle in violation of Title 18, United States Code, Section 922(g)(1).

**COUNT TWO**
18 U.S.C. § 922(o)
*Illegal Possession of a Machinegun*

On or about February 20, 2026, and March 9, 2026, in the Eastern District of Michigan, Southern Division, the defendant, W. WAYNE CHERRY, knowingly possessed a machinegun, that is, one 556 caliber rifle, equipped with a machinegun conversion device, and five machinegun conversion devices in violation of Title 18, United States Code, Section 922(o).

**FORFEITURE ALLEGATIONS**
18 U.S.C. § 924(d) and 28 U.S.C. § 2461
*Criminal Forfeiture*

The allegations contained in Count One and Count Two of this Indictment are hereby re-alleged and incorporated by reference to allege forfeiture pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461.

Upon conviction of the offenses charged in Count One and Count Two of this Indictment, the defendant, W. Wayne Cherry, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United

States Code, Section 2461(c), any firearm or ammunition involved in or used in any knowing violation of said offense.

THIS IS A TRUE BILL.

*s/Grand Jury Foreperson*
Grand Jury Foreperson

JEROME F. GORGON JR.
United States Attorney

*s/ Mark Bilkovic*
Mark Bilkovic
Chief, Violent and Major Crimes Unit
Assistant United States Attorney

*s/ Philip M. Jacques*
Philip M. Jacques
Assistant United States Attorney

Dated: September 9, 2026

**United States District Court**
**Eastern District of Michigan**

## Criminal Case Covei

Case: 2:26-cr-20596
Assigned To : Parker, Linda V.
Referral Judge: Stafford, Elizabeth A.
Assign. Date : 9/9/2026
Description: IND USA V CHERRY (LH)

**NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complet**

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]: | **Judge Assigned:** |
| ☐ Yes ☒ No | **AUSA's Initials:** PJ |

**Case Title:** USA v. W. Wayne Cherry

**County where offense occurred :** Wayne

**Check One:** ☒ **Felony** ☐ **Misdemeanor** ☐ **Petty**

____Indictment/____Information --- **no** prior complaint.
__✓__Indictment/____Information --- based upon prior complaint [**Case number:** 26-mj-30123 ]
____Indictment/____Information --- based upon **LCrR 57.10 (d)** ***[Complete Superseding section below]***.

## Superseding Case Information

**Superseding to Case No:** ____________ **Judge:** ____________

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| Defendant name | Charges | Prior Complaint (if applicable) |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

September 9, 2026
Date

s/ Philip M. Jacques

Philip M. Jacques
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3277
Phone: 313-226-9654
Fax: 313-226-2311
E-Mail address: Philip.Jacques@usdoj.gov
Attorney Bar #: P73754

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.